FILED-E04
01 OCT -5 PM 12: 0
CLERK
U.S. DISTRICT COURT

DOCKETED
OCT 05 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMIE PRINCIPLE, | ) |
| Plaintiff, | ) |
| v. | ) No. 01C 7716 |
| LARRY SHERMAN, | ) JUDGE LEINENWEBER |
| Defendant. | ) MAGISTRATE JUDGE NOLAN |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Jamie Principle, by his attorney, complains against Larry Sherman as follows:

1. This is a civil action arising under the copyright laws of the United States. This Court has jurisdiction over the subject matter of this action pursuant to 17 U.S.C. §501, 28 U.S.C. §1331, and 28 U.S.C. §1338(a). Venue is proper in this District pursuant to 28 U.S.C. §§1391(c) and 1400.

2. Jamie Principle ("Principle"), a resident of Illinois, is a professional musician, composer and renowned recording artist. Principle has recorded several dance and house music albums and has been performing and writing music for twenty (20) years.

3. Larry Sherman is an individual located at 505 N. Michigan Avenue, Suite 3009 Chicago, Illinois 60611.

4. Plaintiff is the composer of the musical composition "Your Love". The Song is an original work of authorship by plaintiff, protected by federal copyright. Plaintiff registered the copyright for the Song. A copy of the Certificates of Copyright Registration is attached hereto as Exhibit A.

5. Principle, born Bryan Walton, legally changed his name to Jamie Principle, after filing the copyright registration for the Song.

6. Principle recorded the Song in 1982.

7. Defendant released a copy of the Song "Your Love" as a single for Defendant's record label "Trax Records". Although Plaintiff both wrote and performed as the recording artist on the record, Defendant credited "Frankie Knuckles" as the writer and artist.

8. Plaintiff has no agreement with Defendant regarding the Song

9. This lawsuit arises out of the illegal copying and use of the Song by the defendant.

10. Upon information and belief, defendant commercially released a copy of the Song "Your Love" as a single on Defendant's record label "Trax Records" on or about January 1, 1987 and continues to make the song commercially available to date. Although Plaintiff both wrote and performed as the recording artist on the record, Defendant credited "Frankie Knuckles" as the writer and artist.

11. Defendant made no changes to Plaintiff's recording of the Song save for crediting another artist.

12. Under the Copyright Law of the United States, 17 U.S.C. §101 et seq., no copying is legal unless specifically authorized by the copyright holder.

13. Defendants have illegally copied the Song in the "Frankie Knuckles" recording.

14. Defendants' copying of the copyrighted Song was in every instance unauthorized, and constituted copyright infringement in violation of 17 U.S.C. §501.

15. Defendant's copyright infringement was willful within the meaning of 17 U.S.C. §504(c)(2).

2

16. By reason of the foregoing, Principle is entitled to injunctive and monetary relief pursuant to 17 U.S.C. §§502 through 505, for defendants' infringement of the copyright on the Song.

WHEREFORE, plaintiff prays that judgment be entered in his favor as follows:

1. Permanently enjoining defendants, and those acting in concert or participation with them, from actions that infringe plaintiff's copyright, including, but not limited to, unauthorized use and/or copying of the Song.

2. Requiring defendants to destroy all illegally copied versions of the Song.

3. Awarding plaintiff, at his election, either actual or statutory damages against defendants.

4. Awarding plaintiff his attorney's fees pursuant to 17 U.S.C. §505.

5. Awarding plaintiff his costs.

6. Awarding plaintiff such other and further relief as the Court deems just and proper.

PLAINTIFF DEMANDS TRIAL BY JURY.

Dated: October 5, 2001.

JAMIE PRINCIPLE

By: *[signature]*
One of his Attorneys

Timothy P. Donohue
29 South La Salle Street
Suite 828
Chicago, Illinois 60603
(312) 332-3116

3

# CERTIFICATE OF COPYRIGHT REGISTRATION

**FORM PA**
UNITED STATES COPYRIGHT OFFICE

This certificate, issued under the seal of the Copyright Office in accordance with the provisions of section 410(a) of title 17, United States Code, attests that copyright registration has been made for the work identified below. The information in this certificate has been made a part of the Copyright Office records.

*David Ladd*
REGISTER OF COPYRIGHTS
United States of America

**REGISTRATION NUMBER**
PAu 443-637
PA (PAU)

**EFFECTIVE DATE OF REGISTRATION**
Oct 5 1982
(Month) (Day) (Year)

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

### 1 Title

**TITLE OF THIS WORK:** Your Love - Can't get enough

**NATURE OF THIS WORK:** (See instructions) Words and Music

**PREVIOUS OR ALTERNATIVE TITLES:**

### 2 Author(s)

**IMPORTANT:** Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). If any part of this work was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates blank.

**1**
- **NAME OF AUTHOR:** Bryan Walton
- **DATES OF BIRTH AND DEATH:** Born 1960 Died ........
- Was this author's contribution to the work a "work made for hire"? Yes...... No X
- **AUTHOR'S NATIONALITY OR DOMICILE:** Citizen of U.S.A.
- **WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK:** Anonymous? Yes...... No X / Pseudonymous? Yes...... No X
- **AUTHOR OF:** Words, music and Arrangement

**2**
- NAME OF AUTHOR:
- AUTHOR'S NATIONALITY OR DOMICILE:
- AUTHOR OF:

**3**
- NAME OF AUTHOR:
- AUTHOR'S NATIONALITY OR DOMICILE:
- AUTHOR OF:

### 3 Creation and Publication

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED:** Year: 1982

**DATE AND NATION OF FIRST PUBLICATION:** Date................. Nation.................

### 4 Claimant(s)

**NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S):**
Bryan Walton
9934 So. Normal
Chgo. IL. 60628

**TRANSFER:** (If the copyright claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.)

| | EXAMINED BY: JB | APPLICATION RECE. 05 OCT 1982 | FOR COPYRIGHT OFFICE USE ONLY |
|---|---|---|---|
| PAu 443-637 | CHECKED BY: ………… | | |
| | CORRESPONDENCE: ☐ Yes | DEPOSIT RECEIVED: 05 OCT 1982 | |
| | DEPOSIT ACCOUNT FUNDS USED: ☐ | REMITTANCE NUMBER AND DATE: 03559 OCT 5 82 | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED ADDITIONAL SPACE, USE CONTINUATION SHEET (FORM PA/CON)**

**PREVIOUS REGISTRATION:**

- Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office? Yes ……… No … X ….

- If your answer is "Yes," why is another registration being sought? (Check appropriate box)
    ☐ This is the first published edition of a work previously registered in unpublished form.
    ☐ This is the first application submitted by this author as copyright claimant.
    ☐ This is a changed version of the work, as shown by line 6 of the application.

- If your answer is "Yes," give: Previous Registration Number ……………………… Year of Registration ………………………

**(5) Previous Registration**

**COMPILATION OR DERIVATIVE WORK:** (See Instructions)

PREEXISTING MATERIAL: (Identify any preexisting work or works that the work is based on or incorporates.)
...........................................................................................................

MATERIAL ADDED TO THIS WORK: (Give a brief, general statement of the material that has been added to this work and in which copyright is claimed.)
...........................................................................................................

**(6) Compilation or Derivative Work**

**DEPOSIT ACCOUNT:** (If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.)

Name: ……………………………………

Account Number: …………………………

**CORRESPONDENCE:** (Give name and address to which correspondence about this application should be sent.)

Name: Bryan Walton
Address: 9934 So. Normal (Apt.)
Chicago IL 60628
(City) (State) (ZIP)

**(7) Fee and Correspondence**

**[C]ERTIFICATION:** * I, the undersigned, hereby certify that I am the: (Check one)
☒ author ☐ other copyright claimant ☐ owner of exclusive right(s) ☐ authorized agent of ……… Bryan Walton ………
(Name of author or other copyright claimant, or owner of exclusive right(s))

f the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Handwritten signature: (X) Bryan Walton
Typed or printed name: Bryan Walton …………………… Date 10.31.82

**(8) Certification (Application must be signed)**

MAIL CERTIFICATE TO

Bryan Walton
(Name)
9934 So. Normal
(Number, Street and Apartment Number)
Chgo. IL 60628
(City) (State) (ZIP code)

(Certificate will be mailed in

**(9) Address For Return of Certificate**

JS 44
(Rev. 12/96) 3

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JAMIE PRINCIPLE

## DEFENDANTS
LARRY SHERMAN

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** COOK
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** COOK
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

DOCKET OCT 0 5 20
01C 7716

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
TIMOTHY P. DONOHUE
29 S. La Salle St, Suite 828
Chicago, IL 60603

**ATTORNEYS (IF KNOWN)**
JUDGE LEINENWEBER    MAGISTRATE JUDGE NOLAN

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☒1 | Incorporated or Principal Place of Business In This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | **HABEAS CORPUS:** ☐ 530 General | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act | |
| | | ☐ 555 Prison Condition | ☐ 871 IRS — Third Party 26 USC 7609 | |

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

17 U.S.C. Sec 501 et seq
Complaint for Copyright Infringement

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND: ☒ YES   ☐ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE 10/5/01

SIGNATURE OF ATTORNEY OF RECORD

UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DOCKETED
OCT 0 5 2001

In the Matter of JAMIE PRINCIPLE
V.
LARRY SHERMAN

Case Number: **01C 7716**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
JAMIE PRINCIPLE

JUDGE LEINENWEBER
MAGISTRATE JUDGE NOLAN

### (A)
- **SIGNATURE:** [signed] Timothy P. Donohue
- **NAME:** Timothy P. Donohue
- **FIRM:**
- **STREET ADDRESS:** 29 South LaSalle Street, Ste 823
- **CITY/STATE/ZIP:** Chicago, IL. 60603
- **TELEPHONE NUMBER:** 312 332 3116
- **FAX NUMBER:** 312-332-7092
- **E-MAIL ADDRESS:** tpd@aol.com
- **IDENTIFICATION NUMBER:** 6211693
- **MEMBER OF TRIAL BAR?** NO ☑
- **TRIAL ATTORNEY?** YES ☑

### (B)
(blank)

### (C)
(blank)

### (D)
(blank)