IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMIE PRINCIPLE

   **PLAINTIFF**  )
          )
          )
LARRY SHERMAN   )
          )  **01C 771 6**
          )
          )  Judge Leinweber
          )
   **DEFENDANT** )

FILED
AUG 0 2 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE TO VACATE

DOCKETED
AUG 9 2002

NOW COMES LARRY SHERMAN IN A MATTER BEFORE THIS COURT TO VACATE THE ORDER OF DEFAULT. ALSO INCLOSED IS A COPY OF THE ANSWER TO CHARGES, AND SEEKS TO FILE IT INSTANTER.

505 N Lakeshore Drive
Suite 3004
Chicago Il. 6061

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

_James Principle_
**PLAINTIFF**

CASE NO. _01c7716_

VS.

JUDGE _Leinenweber_

_Larry Sherman_
**DEFENDANT**

## NOTICE OF MOTION

TO: _Timothy P. Donohue_
_29 S LaSalle Street suite 828_
_Chicago IL 60602_

FILED AUG 2 2002 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

DOCKETED AUG 9 2002

On _august_, _13_, at _930_ a.m./ p.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable _Judge Leinenweber_ in Courtroom _1946_ at the United States District Court Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and present _a motion to vacate and answer for case 01c7716_

Name _Larry Sherman_
Address _505 N Lakeshore dr_
City / Zip _Chicago IL_
Telephone _____

## PROOF OF SERVICE

I, the undersigned (plaintiff / defendant), certify that on the _2_ day of _august_, _2002_ I served a copy of this notice to each person whom it is directed by way of _mail_

_____
SIGNATURE / CERTIFICATION

_8/2/2002_
DATE

CREATED ON 2/22/02