# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In the Matter of

James Principle,
    Plaintiff

v.

Larry Sherman,
    Defendant.

Case Number: 01 C 7716
JUDGE LEINWEBER

## APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:
### Larry Sherman, Defendant

---

**(A)**

SIGNATURE

NAME: Arnold D. Goldstein

FIRM: Goldstein & Lamb, P.C.

STREET ADDRESS: 162 W. Hubbard

CITY/STATE/ZIP: Chicago, IL 60610

TELEPHONE NUMBER: (312) 822-1000

IDENTIFICATION NUMBER: 0998052

MEMBER OF TRIAL BAR? YES [XX] NO [ ]

TRIAL ATTORNEY? YES [XX] NO [ ]

Designated as local counsel? Yes

**(B)**

SIGNATURE

NAME: Nicole Centracchio

FIRM: Goldstein & Lamb, P.C.

STREET ADDRESS: 162 W. Hubbard

CITY/STATE/ZIP: Chicago, IL 60610

TELEPHONE NUMBER: (312) 822-1000

IDENTIFICATION NUMBER: 6271152

MEMBER OF TRIAL BAR? YES [ ] NO [XX]

TRIAL ATTORNEY? YES [ ] NO [XX]

DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [XX]

**(C)**

SIGNATURE

NAME: Patrick D. Lamb

FIRM: Goldstein & Lamb, P.C.

STREET ADDRESS: 162 W. Hubbard

CITY/STATE/ZIP: Chicago, IL 60610

TELEPHONE NUMBER: (312) 822-1000

IDENTIFICATION NUMBER: 3128062

MEMBER OF TRIAL BAR? YES [XX] NO [ ]

TRIAL ATTORNEY? YES [XX] NO [ ]

DESIGNATED AS LOCAL COUNSEL? YES [X] NO [ ]

**(D)**

SIGNATURE

NAME: Samantha H. Steiner

FIRM: Goldstein & Lamb, P.C.

STREET ADDRESS: 162 W. Hubbard

CITY/STATE/ZIP: Chicago, IL 60610

TELEPHONE NUMBER: (312) 822-1000

IDENTIFICATION NUMBER: 6275994

MEMBER OF TRIAL BAR? YES [ ] NO [X]

TRIAL ATTORNEY? YES [ ] NO [X]

DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [XX]