# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
### EASTERN DIVISION

JAMES PRINCIPLE
    Plaintiff,

VS.

CASE NO.    01 C 7716
JUDGE LEINWEBER

LARRY SHERMAN
    Defendant.

FILED
SEP 0 3 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AMENDED SUPPLEMENTAL MOTION TO VACATE

NOW COMES Larry Sherman, PLAINTIFF, by his Attorneys Goldstein & Lamb P.C. and moves to vacate any and all Orders of Default and seeks leave to Answer or otherwise plead on or before September 25, 2002 and in support thereof states as follows:

1. That DEFENDANT has retained Goldstein & Lamb P.C. as counsel;

2. That DEFENDANT had previously been involved in litigation in London, England, in a case entitled Echo Music Group Inc. v. Larry Sherman and Leosong Copyright Management Ltd., which in 1994 resulted in entry of a consent judgment in which the same parties (their predecessors and successors, the same issues, and the same legal principles as involved in this cause) were adjudicated;

3. That on information and belief in said case the Court found the DEFENDANT had a legal interest in and an ownership interest in and to the subject matter of this suit;

4. That the DEFENDANT is seeking copies of the said documents from the attorneys who handled the matter in London, and, if granted 30 days to file Amended Responsive Pleadings, will have a good faith defense to this Complaint for Copyright Infringement;

5. In the alternative, PLAINTIFF may be barred by the Statute of Limitations based on prior litigation.

6. That this motion is not filed for the purposes of hindrance or delay but filed in good faith.

_____9/3/02_____               _____
Date                                                      Signature

GOLDSTEIN & LAMB, P.C.
162 W. HUBBARD
CHICAGO, IL 60610
(312) 822-1000
(312) 822-1055
ARDC #: 00998052      \\SERVER01\COMPANY\WP\LITIGATE\SHERMAN\PRINCIPLE, JAMIE\APPEARNACE.doc



DOCKETED
SEP 0 4 2002



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
### EASTERN DIVISION

**JAMES PRINCIPLE**
    **Plaintiff,**

VS.
                                        **CASE NO. 01 C 7716**
                                        **JUDGE LEINWEBER**

**LARRY SHERMAN**
    **Defendant.**

## NOTICE OF FILING

TO: TIMOTHY P. DONOHUE
     29 S. LASALLE ST. SUITE 828
     CHICAGO, IL 60602
     HAND Delivery

On September 3, 2002, we have been caused to file with the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION the attached AMENDED MOTION TO VACATE.

GOLDSTEIN & LAMB, P.C.
Attorneys for Plaintiff
162 W. Hubbard St.
Chicago, Illinois, 60610
(312) 822-1000
ARDC# 00998052

**FILED**

SEP 0 3 2002

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned certifies and states that a copy of this notice and the attached instrument was: (X) mailed at 162 W. Hubbard, Chicago, Illinois 60610 on or before 5:00 p.m. faxed to _____ before 5:00 p.m. (X) hand delivered to the above named parties at the above address on September 3, 2002.

/s/

DOCKETED
SEP 0 4 2002