IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES PRINCIPLE,
    Plaintiff

**FILED**

VS.

OCT 0 4 2002

CASE NO. 01 C 7716
JUDGE LEINWEBER

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LARRY SHERMAN,
    Defendant.

### NOTICE OF FILING

TO: TIMOTHY P. DONOHUE
29 S. LASALLE ST. SUITE 828
CHICAGO, IL 60602

On OCTOBER 4, 2002, we have been caused to file with the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION the attached 3RD SUPPLEMENT TO MOTION TO VACATE

_(signature)_

GOLDSTEIN & LAMB, P.C.
Attorneys for Plaintiff
162 W. Hubbard St.
Chicago, Illinois, 60610
(312) 822-1000
ARDC# 00998052

**DOCKETED**
OCT 7 2002

### CERTIFICATE OF SERVICE

The undersigned certifies and states that a copy of this notice and the attached instrument was: (X) Mailed at 162 W. Hubbard, Chicago, Illinois 60610 on or before 5:00 p.m. ( ) Faxed to ( ) - ___ before 5:00 p.m. ( ) Hand Delivered to the above named parties at the above address on 10/4 , 2002.

/s/ _(signature)_

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES PRINCIPLE,
Plaintiff

VS.

LARRY SHERMAN,
Defendant.

FILED
OCT 0 4 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CASE NO. 01 C 7716
JUDGE LEINWEBER

DOCKETED
OCT 7 2002

### 3RD SUPPLEMENT TO MOTION TO VACATE

NOW COMES Larry Sherman, DEFENDANT, by his Attorneys Goldstein & Lamb P.C. and files this 3rd Supplement to Motion to Vacate and hereby states as follows:

1. That DEFENDANT Larry Sherman attached a copy of a Settlement Agreement (Exhibit C in 2nd Supplement) whereby the assignee of James Principle, Echo Music Group Inc., acknowledges the rights and interests of Frankie Knuckles, the assignor of "Your Love" to Larry Sherman.

2. Attached as Exhibit E is the second affidavit of the solicitor in England for Echo Music Group Inc. in the case of Echo Music Group Inc. v. Larry Sherman and Leosong Copyright Management Ltd.

3. In this Affidavit, Solicitor Stuart John McNicol Bond sets forth in Paragraph 3 Echo's title to Principle's songs.

4. In short, Brian Walton, also known as Jamie Principle (PLAINTIFF in this action) assigned his copyright interests in Your Love, along with other songs, to Green Street Music. Green Street Music assigned its rights to Leosong Inc. Leosong Inc. assigned its rights to Steve Hurley and Steve Hurley reassigned the Principle's songs (including Your Love) to Echo Music Group Inc.

5. That Exhibit F, Page 5, shows the assignment of all rights to "Your Love" from Brian Walton, now known as Jamie Principle, to Green Street Music, which begins the chain of assignments.

6. These documents support the further contention of Defendant Larry Sherman that Jamie Principle has no standing to sue Larry Sherman in this

present lawsuit based upon his prior assignment of all rights and interests to "Your Love" to Echo Music Group Inc.

7. That this attorney is not yet in possession of all documents related to the English dispute.

8. That it is only just and equitable that this Court vacate the Default entered against Larry Sherman, previously acting pro se, as he was without sufficient funds to retain attorneys.

LARRY SHERMAN

BY ONE OF HIS ATTORNEYS

GOLDSTEIN & LAMB, P.C.
162 W. HUBBARD
CHICAGO, IL 60610
(312) 822-1000
(312) 822-1055
ARDC #: 00998052

\\SERVER01\COMPANY\WP\LITIGATE\SHERMAN\PRINCIPLE, JAMIE\APPEARNACE.doc

See Case File For Exhibits