# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
### EASTERN DIVISION

**JAMES PRINCIPLE**
**Plaintiff,**

**VS.**

**CASE NO.   01 C 7716**
**JUDGE LEINWEBER**

**LARRY SHERMAN**
**Defendant.**

**F I L E D**

**NOTICE OF MOTION**

OCT 0 3 2002

TO:  TIMOTHY P. DONOHUE
29 S. LASALLE ST. SUITE 828
CHICAGO, IL 60602

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

On ___October 8th___, 2002, at _9:30_ A.M. or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Leinweber in Courtroom 1941 at the courthouse located at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and shall then an there present the attached 2nd Amended and Supplemental Motion to Vacate.

GOLDSTEIN & LAMB, P.C.
Attorneys for Plaintiff
162 W. Hubbard St.
Chicago, Illinois, 60610
(312) 822-1000
ARDC# 00998052

**DOCKETED**
**OCT 1 0 2002**

## CERTIFICATE OF SERVICE

The undersigned certifies and states that a copy of this notice and the attached instrument was: (X) mailed at 162 W. Hubbard, Chicago, Illinois 60610 on or before 5:00 p.m.
( ) faxed to (___) ___-_____ before 5:00 p.m. ( ) hand delivered to the above named parties at the above address on ___Oct. 3___, 2002.

/s/ _____

# FILED

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
### EASTERN DIVISION

OCT 0 3 2002

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**JAMES PRINCIPLE**
    **Plaintiff,**

**VS.**
                            **CASE NO.  01 C 7716**
                            **JUDGE LEINWEBER**

**DOCKETED**

OCT 1 0 2002

**LARRY SHERMAN**
    **Defendant.**

### 2ND AMENDED & SUPPLEMENTAL MOTION TO VACATE

NOW COMES Larry Sherman, PLAINTIFF, by his Attorneys Goldstein & Lamb P.C. and files this 2nd Amended and Supplemental Motion to vacate any and all Orders of Default and seeks leave to Answer or otherwise plead on or before September 25, 2002 and in support thereof states as follows:

1. That this matter is a copyright infringement claim against **LARRY SHERMAN** individually as it relates to a song written in part by **JAMIE PRINCIPLE a/k/a BRIAN WALTON.**

2. As the court may recall, Mr. Sherman failed to retain counsel early on in this case and although appearing before this court a number of times, was held in default for failing to file appropriate responsive pleadings.

3. That **DEFENDANT**, while pro se, filed a Motion to vacate said default prior to 30 days lapsing.

4. That **DEFENDANT** retained Goldstein & Lamb P.C. as counsel and we appeared before the court in September; requesting by written Motion to vacate the default entered as **LARRY SHERMAN,** by his company Trax Record Company and Sanlar Publishing had a number of meritorious defenses, including that he had a right to revenue from said song due to a co-writers assignment.

5. That in 1986 Frankie Knuckles entered into a "Exclusive Artist's Agreement" with Trax Records Company whereby for $15,000.00 Frankie Knuckles assigned his right, title and interest to "Your Love" and other songs to Trax Records Company. A copy of said Agreement is attached hereto as **Exhibit A.** All transactions since said date, including publishing and collecting royalties have been performed by the corporate entities. Attached as **Exhibit B,** is the U.S. Copyright database information on showing a recorded copyright relating to "Your Love" by Trax Records, Ltd.

6. The first meritorious action is that **LARRY SHERMAN,** individually has no interest in the copyright dispute and should not be a party Defendant. However, LARRY

SHERMAN is the shareholder and officer of Trax Records Company, an Illinois Corporation and Sanlar Publishing company, an Illinois Corporation and has a business relationship with Leosong Copyright Service, Ltd..

7.  The second and more critical meritorious defense is that **PLAINITFF, JAMES PRINCIPLE**, on information and belief assigned all of rights to collect royalties or profits to Echo Music Group Inc and Echo Music Group Inc royalties etc, are collected by Campbell Connelly and Co, Ltd.

8.  Further, Echo Music Group Inc sued LARRY SHERMAN for copyright infringement for the same song, "Your Love" in the mid-1990's in Great Britain.

9.  That this law suit resulted in a settlement in which the same parties (or his assignees and successors) the same issues, and the same legal principles as involved in this cause were being adjudicated;

10. Attached hereto is a copy of the Settlement Agreement whereby, the assignee of JAMES PRINCIPLE, Echo Music Group Inc acknowledges the rights and interests of Frankie Knuckles, the assignor to Trax Records. **Exhibit C.**

11. Also attached as **Exhibit D** is the Copyright Protection Society Limited records as of September 10, 2002 showing Frankie Knuckles 3/12 interest and Leosong Copyright Service Ltd. 3/12 interest in the royalties related to "Your Love".

12. That this lawsuit is the 4th time litigation has been brought by PLAINITFF seeking relief that has always been denied in the past. That **DEFENDANT** counsel is still in the process of obtaining said records.

13. That if the court vacates the default order, **DEFENDANT** shall file amended Responsive Pleadings and raise all good faith defenses to this Complaint for Copyright Infringement;

14. In addition, **PLAINTIFF** may be barred by the Statute of Limitations based on prior litigation.

15. That this motion is not filed for the purposes of hindrance or delay but filed in good faith.

LARRY SHERMAN

BY ONE OF HIS ATTORNEYS

GOLDSTEIN & LAMB, P.C.
162 W. HUBBARD
CHICAGO, IL 60610
(312) 822-1000
(312) 822-1055
ARDC #: 00998052      \\SERVER01\COMPANY\WP\LITIGATE\SHERMAN\PRINCIPLE, JAMIE\APPEARNACE.doc

# See Case
# File For
# Exhibits