IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES PRINCIPLE
    **Plaintiff,**
VS.

LARRY SHERMAN,
    **Defendant.**

CASE NO. 01 C 7716
JUDGE LEINWEBER

TO: Timothy P. Donohue
Attorney at Law
29 S. LaSalle Street
Suite 829
Chicago, Illinois 60603

## NOTICE OF MOTION

On October 23, 2002, at 9:30 A.M. or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Leinweber in Courtroom 1946 at the courthouse located at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion to Dismiss and/or Leave to File Third Party Complaint.

**Attorney for Defendant**
**GOLDSTEIN & LAMB, P.C.**
**162 W. HUBBARD**
**CHICAGO, ILLINOIS, 60610**
**(312) 822-1000**
**FIRM NO. 03911**

DOCKETED
OCT 2 8 2002

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this notice and the attached instrument was [ ] mailed [ ] faxed [X] delivered to the above named parties at the above described address on October 18, 2002.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
### EASTERN DIVISION

**JAMES PRINCIPLE**
    **Plaintiff,**

VS.

**LARRY SHERMAN**
    **Defendant.**

CASE NO. 01 C 7716
JUDGE LEINWEBER

**DOCKETED**
**OCT 2 8 2002**

## MOTION TO DISMISS COMPLAINT FOR LACK OF STANDING PURSUANT TO RULE 12 (b) (6) AND/OR FOR SUMMARY JUDGMENT PURSUANT TO RULE 56 OR IN THE ALTERNATIVE TO FILE COUNTERCLAIM

Now Comes the DEFENDANT, LARRY SHERMAN, through his attorneys GOLDSTEIN AND LAMB, P.C., moves this court to Dismiss Plaintiff's Complaint and in support of his motion states the following:

## MOTION TO DISMISS FOR LACK OF STANDING PURSUANT TO RULE 12 (b) (6) AND/OR FOR SUMMARY JUDGMENT PURSUANT TO RULE 56

1. That this matter is a copyright infringement claim against LARRY SHERMAN ("DEFENDANT"), individually as it relates to a song written in part by JAMIE PRINCIPLE a/k/a BRYAN WALTON, ("PLAINTIFF").

2. That the song at issue in PLAINTIFF'S Complaint is titled "Your Love", ("SONG").

3. That PLAINTIFF assigned his copyright ownership to SONG, and all rights of every kind and character in and to SONG to GREEN STREET MUSIC on April 1, 1986. A copy of said assignment is attached hereto as (Exhibit "A").

4. That on May 21, 1987, GREEN STREET MUSIC transferred all copyright ownership of SONG to Last Song, Inc. (Exhibit "B")

5. That by a Mutual Release and Settlement Agreement dated May 20, 1989, between Last Song, Inc. and Steve Hurley, the copyright in SONG was assigned to Steve Hurley. (Exhibit "C")

6. Than on May 23, 1989, Steve Hurley re-assigned SONG to Echo Music, Inc. ("ECHO"). (Exhibit "D")

7. That sometime in 1995, ECHO filed a copyright infringement lawsuit against DEFENDANT, in Great Britain regarding alleged infringement of SONG. Attached Exhibit "H" is a copy of the Affidavit of Stuart John McNicol Bond Filed in the High

Court of Justice, Chancery Division in the matter of Echo Music Group, Inc, and Larry Sherman and Leosong Copyright Management Limited Case # CH 1991- E – No.

8. That on June 1, 1995, ECHO and Defendant entered into a Settlement Agreement regarding the alleged copyright infringement of SONG settling ECHO's rights with respect to "Your Love ".(Exhibit "E")

9. Said agreement does not re-assign a copyright in the SONG to the PLAINITFF.

10. That according to *F.E.L. Publications, LTD v. National Conference of Catholic Bishops*, 466 F. Supp. 1034, (1978), two elements are necessary to establish a prima facie case of copyright infringement:

    1. Ownership of a valid copyright, and;
    2. Copying by the alleged infringer.

11. That at all relevant times alleged in PLAINTIFF'S complaint, ECHO was the owner of the copyright to SONG.

12. That ECHO continues to own the copyright to SONG.

13. That at no time did ECHO ever transfer or assign copyright ownership to SONG back to PLAINTIFF.

14. That PLAINTIFF does not have standing to bring this case against DEFENDANT as PLAINTIFF assigned the copyright to SONG, and therefore this case should be dismissed.

WHEREFORE, this Honorable Court should dismiss PLAINTIFF'S complaint with prejudice, and award DEFENDANT costs and attorney fees in this matter.

## ALTERNATIVE MOTION
## FOR LEAVE TO FILE COUNTER CLAIM AGAINST ECHO
## & FRANKIE KNUCKLES

15. That DEFENDANT reincorporates and realleges paragraphs one through fourteen of the Motion to Dismiss as if fully alleged and incorporated as paragraph one through fourteen of this Alternative Motion and states as follows.

16. That after the Settlement Agreement between ECHO and DEFENDANT was signed, a company with a similar name to ECHO allegedly assigned their right to sue the DEFENDANT back to PLAINTIFF. (Exhibit "F")

17. That this alleged assignment was done by ECHO and this lawsuit is brought in bad faith and contrary to the terms of the Settlement Agreement reached by Larry Sherman and Echo Music Group, Inc.

18. That ECHO should be liable to pay any damages assessed by this court, since accord was previously reached in this matter between Larry Sherman and ECHO settling all disputes arising from the facts alleged in this complaint relating to publishing rights.

19. Further, DEFENDANT originally filed with his Motion to Vacate Default, a copy of DEFENDANT'S written agreement with Frankie Knuckles for the assignment of rights to the SONG. (Exhibit "G")

20. That said Agreement contains indemnity language and or there is a basis for a breach of contract action against Frankie Knuckles.

21. That in the event this court determines that the PLAINITFF has standing, PLAINITFF requests leave to file two 3rd Party complaints and a Counterclaim against PLAINITFF AND FRANKIE KNUCKLES and ECHO.

WHEREFORE, DEFENDANT requests this Honorable Court, if it does not dismiss PLAINTIFF'S Complaint pursuant to his Motion to Dismiss, enter an order granting DEFENDANT leave to file APPROPRIATE 3RD Party Claims and a Counterclaim.

> Respectfully Submitted,
> GOLDSTEIN AND LAMB. P.C
>
> _____
> One of Plaintiff's Attorneys

GOLDSTEIN AND LAMB P.C.
162 W. HUBBARD
CHICAGO, IL 60610
312-822-1000

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES PRINCIPLE
      **Plaintiff,**
VS.                                        CASE NO.  01 C 7716
                                                        JUDGE LEINWEBER

LARRY SHERMAN
      **Defendant.**

## AFFIDAVIT OF LARRY SHERMAN

Now comes Larry Sherman and under oath swears the following:

1. That I am the Defendant in this matter.

2. That I have read the facts in this Motion and these facts are true and correct to the best of my knowledge.

3. That I have reviewed all of the attached documents in this Motion and to the best of my knowledge they are true and correct copies of said documents.

4. That if called to testify to the facts contained in this Motion, I shall do so.

FURTHER AFFIANT SAYETH NAUGHT

                                                                LARRY SHERMAN

Suscribed and Sworn to me this

18th day of October 2002.

_____
Notary Public

"OFFICIAL SEAL"
SOFIA HERNANDEZ
Notary Public, State of Illinois
My Commission Expires 11/18/200_

# SEE CASE FILE FOR EXHIBITS