# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
### EASTERN DIVISION

JAMES PRINCIPLE,
    Plaintiff

VS.                                  CASE NO.  01 C 7716
                                      JUDGE LEINWEBER

LARRY SHERMAN,
    Defendant.



### NOTICE OF FILING

TO: TIMOTHY P. DONOHUE
      29 S. LASALLE ST. SUITE 828
      CHICAGO, IL 60602

      On JANUARY 24, 2003, we have been caused to be filed with the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION the attached OBJECTION TO PLAINTIFF'S MOTION TO DISMISS PURSUANT TO RULE 41(A).

_____
GOLDSTEIN & LAMB, P.C.
Attorneys for Plaintiff
162 W. Hubbard St.
Chicago, Illinois, 60610
(312) 822-1000
ARDC# 00998052



### CERTIFICATE OF SERVICE

The undersigned certifies and states that a copy of this notice and the attached instrument was: (X) mailed at 162 W. Hubbard, Chicago, Illinois 60610 on or before 5:00 p.m. (X) faxed to 312-332-7092 before 5:00 p.m. ( ) Hand Delivered to the above named parties at the above address on \_\_\_\_1/24_____, 2003.


/s/

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
## EASTERN DIVISION

**JAMIE PRINCIPLE**
    **Plaintiff,**

vs.

**LARRY SHERMAN**
    **Defendant.**

**CASE NO. 01 C 7716**
**JUDGE LEINWEBER**

### OBJECTION TO PLAINTIFF'S MOTION TO DISMISS PURSUANT TO RULE 41(A)

Now Comes the **DEFENDANT, LARRY SHERMAN**, by his attorneys **GOLDSTEIN AND LAMB, P.C.**, and objects to **PLAINTIFF'S MOTION TO DISMISS** and moves this Court to:

A.     Continue **PLAINTIFF'S MOTION TO DISMISS** to February 5, 2003 at the time of the pretrial settlement conference;

B.     Enter any dismissal order with prejudice;

C.     Enter such sanctions for expenses and costs as this Court deems just and equitable.

And further states are follows:

1.     That **PLAINTIFF** filed this infringement and accounting action with respect to a song entitled "Your Love," allegedly written by the **PLAINTIFF JAMIE PRINCIPLE IN THE MID-1980'S**.

2.     That **PLAINTIFF** has filed a **MOTION FOR VOLUNTARY DISMISSAL** pursuant to Federal Rules of Civil Procedure Rule 41(a) on January 21, 2003, to be heard by this Court on January 28, 2003.

3.     That **DEFENDANT LARRY SHERMAN** is presently out of the country and will not return until February 3, 2003.

4.     As this matter is presently set for a settlement conference on February 5, 2003, **DEFENDANT** moves this Court to continue all motions to said date so that all attorneys and parties can be before the Court at the time of the Court's various rulings.

5.     That this Court did not vacate the Default Judgment which had been entered against **DEFENDANT LARRY SHERMAN** for failure to answer or otherwise plead until after a **THIRD SUPPLEMENT TO MOTION TO VACATE** was filed on or about October

2, 2002, where documentation first showed apparent prior litigation in England over the identical song.

6. That upon initially being sued by **PLAINTIFF, DEFENDANT LARRY SHERMAN** did not have the resources to hire counsel, but met with or communicated with **PLAINTIFF** or his counsel in an attempt to resolve this case .in good faith. without any success.

7. Subsequent to this Court vacating said Default Judgment, and in lieu of filing an answer, **DEFENDANT** then filed a **MOTION TO DISMISS FOR LACK OF STANDING** after receiving additional documentation from **PLAINTIFF** and England.

8. At approximately the time this Court set this matter for a settlement conference at the request of **PLAINTIFF, DEFENDANT** obtained additional letters and documentation and on January 13, 2003 **DEFENDANT** filed a **MOTION TO DISMISS PURSUANT TO RULE 56**, as it is clear that **PLAINTIFF** had prior knowledge of the litigation and dispute. All matters the **PLAINTIFF** has brought before this court are barred by the Statute of Limitations.

9. Based upon documentation received, **DEFENDANT** forwarded pursuant to Rule 11(a) a **MOTION FOR SANCTIONS** to **PLAINTIFF**, which has not presently been filed with the Court in compliance with the Federal Rules.

10. However, **DEFENDANT LARRY SHERMAN** has incurred $12,500 in legal bills and expenses with the law firm of **GOLDSTEIN & LAMB, P.C.**, which does not take into consideration the $80,000 in legal fees and expenses that have been spent by **DEFENDANT** in litigating this and related issues with **JAMIE PRINCIPAL** and/or his successors or assigns over the past ten years (the Affidavit of Patrick D. Lamb, Attorney at Law, with respect to fees and expenses incurred is attached hereto as **EXHIBIT A**).

11. That it seem inequitable to allow a voluntary dismissal without prejudice without assessing costs and fees for **PLAINTIFF'S** failure to exercise reasonable diligence and inquiry under the circumstances prior to bringing this action.

RESPECTFULLY SUBMITTED,

GOLDSTEIN & LAMB, P.C.

_____
One of Defendant's Attorneys

GOLDSTEIN AND LAMB P.C.
162 W. HUBBARD
CHICAGO, IL 60610
Tel.: 312-822-1000
ATTORNEY NO. 17707

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMES PRINCIPLE
    Plaintiff,

VS.                                  CASE NO.  01 C 7716
                                      JUDGE LEINWEBER

LARRY SHERMAN
    Defendant.

## AFFIDAVIT OF PATRICK D. LAMB

I, Patrick D. Lamb, depose and state as follows:

A.    That I am a licensed Attorney at Law in the State of Illinois and Federal Trial Bar for approximately 22 years.

B.    That our law firm, **GOLDSTEIN & LAMB, P.C.**, represented **DEFENDANT LARRY SHERMAN** in the above captioned matter.

C.    That since being retained in approximately August 2002, our law firm has billed **LARRY SHERMAN** approximately $12,500 for fees and expenses related to the defense of **PRINCIPLE V. SHERMAN, CASE NO. 01 C 7716.**

D.    This Attorney's hourly rate of billing is $300.00 per hour.

                                          FURTHER AFFIANT SAYETH NAUGHT

                                          _____
                                          PATRICK D. LAMB

Subscribed and Sworn to me this

_____ day of _____, 2003.

_____
Notary Public

"OFFICIAL SEAL"
SOFIA HERNANDEZ
Notary Public, State of Illinois
My Commission Expires 11/18/2006