IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JAMIE PRINCIPLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01 C 7716 |
| | ) | Judge Leinenweber |
| LARRY SHERMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)

Now Comes the Plaintiff, Jamie Principle, by his attorney, TIMOTHY P. DONOHUE, and as and for his Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a) states as follows:

1. Plaintiff filed the Complaint in this matter on or about October 5, 2001 alleging a copyright infringement by the Defendant, Larry Sherman.

2. That subsequent to the filing of this action Plaintiff's counsel has received documentation from Defendant, namely a certified copy of a Judgment entered in the English Courts, that refutes Plaintiff's claims for infringement.

3. That in light of this document Plaintiff cannot continue its prosecution of this cause.

4. Therefore, pursuant to Federal Rule of Civil Procedure 41(a) Plaintiff hereby moves to voluntarily dismiss all claims against the Defendant hereunder.

Wherefore, Plaintiff prays this Honorable Court enter an order granting Plaintiff's motion for Voluntary Dismissal under Federal Rule of Civil Procedure 41(a).

Jamie Principle
By: _____
One of His Attorneys

Timothy P. Donohue – 30706
29 South La Salle Street
Suite 828
Chicago, IL 60603
(312) 332-3116

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMIE PRINCIPLE, )
)
      Plaintiff, )
)
v. ) No. 01 C 7716
) Judge Leinenweber
LARRY SHERMAN, )
)
      Defendant. )

TO:   Patrick D. Lamb
       Goldstein & Lamb
       162 West Hubbard
       Chicago, IL 60610

## NOTICE OF MOTION

On January 28, 2003, at 9:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Leinenweber in Room 1941 at the courthouse located at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and present the attached Motion for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41.

_____
Attorney for Plaintiff
Timothy P. Donohue – 30706
29 South La Salle Street
Suite 828
Chicago, IL 60603
(312) 332-3116

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Notice and the attached Motion was [X] mailed [X] faxed [ ] delivered to the above named parties at the above described addresses on January 21, 2003

_____