IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMIE PRINCIPLE,
    Plaintiff

vs.                        CASE NO. 01 C 7716
                              JUDGE LEINWEBER

LARRY SHERMAN,
    Defendant.

## MOTION TO ENLARGE TIME TO FILE MOTION FOR COSTS AND ATTORNEY'S FEES

Now Comes the DEFENDANT, LARRY SHERMAN, by his attorneys GOLDSTEIN AND LAMB, P.C., and pursuant to Federal Rule 6 moves this Court to enlarge time to file motion for costs and attorney's fees and further states as follows:

1. That on February 20, 2003, DEFENDANTS filed a motion for costs and sanctions pursuant to Rule 11(c).

2. That attached as Exhibit 4 is a letter from DEFENDANT'S attorney to PLAINTIFF'S attorney with respect to an attempt to attorney's fees in an attempt to resolve this issue without having to appear in court.

3. That in good faith DEFENDANT'S attorney was waiting for a response from PLAINTIFF'S counsel and was in fact told by PLAINTIFF'S counsel that he would discuss it with his client.

4. That upon not hearing from PLAINTIFF'S counsel, DEFENDANTS did file their motion, however said motion was not filed until January 20, 2003.

5. That this motion is substantively identical to the motion filed on March 7, 2003 with the only difference being citations to alternative federal statutes allowing for attorney's fees for the prevailing party in a copyright infringement action.

6. Because of past open communications with Plaintiff's counsel, Defendant was awaiting a response prior to filing its motion for fees.

7. Pursuant to Rule 6(b)2, "Mere inadvertence, without more, can in some circumstances be enough to constitute excusable neglect justifying relief" under *FRCP 6(b)(2) Raymond v. VIBM 148 Fed 3d. 63, 136 CCH LC P 58485, 40 FR Serv 3d. 1177.* This court may in its discretion consider tardy motions pursuant to FRCP 6 *BreitenBach v. Neiman Marcus Group* (1998), NDCA Northern District



RESPECTFULLY SUBMITTED,

GOLDSTEIN & LAMB, P.C.

_____

One of DEFENDANT'S Attorneys

GOLDSTEIN AND LAMB, P.C.
162 W. HUBBARD
CHICAGO, IL 60610
Tel.: 312-822-1000
Fax: 312-822-1055

# GOLDSTEIN & LAMB, P.C.
## ATTORNEYS AT LAW

Arnold D. Goldstein
Patrick D. Lamb
Nicole L. Centracchio
Samantha H. Steiner
\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Susan L. Goldstein
Sofia Hernardo
Jennifer Smith
Kate Stouffer
Paralegals

162 W. Hubbard
Chicago, IL 60610
Tel: (312) 822-1000
Fax: (312) 822-1055

E-MAIL: ADGLDSTN@AOL.COM

January 28, 2002

Mr. Timothy P. Donohue
29 S. LaSalle Street - Suite 829
Chicago, Illinois 60603
*Via Facsimile 312-332-7092*
*& U.S. Mail*

   RE: PRINCIPLE V. SHERMAN
       01 C 7716

Dear Jim:

  I discussed with Larry Sherman the judge's ruling and comments. Because of all the prior dealings with Jamie Principle, his successors and assigns, and Mr. Sherman's conversation with you when this lawsuit began, he would like us to file a Motion for Sanctions. He believes your conduct was not made in good faith.

  We would propose, however, to avoid that issue and offer, in part, what Larry Sherman always offered. By agreement, we will put Jamie Principle on all labels related to the song, which places him in his proper place in history as it relates to "Your Love". We will also provide you with whatever documentation we have or direct you to other sources relating to Frank Knuckles if you choose to sue him.

  In consideration for this, we would expect that of the $12,500.00 in fees incurred, your client will pay $7,500.00 to partially defray some of his costs. Mr. Sherman wishes to do what is right, but in exchange feels that Mr. Principle must do so also.

  Thank you in advance for your earliest response.

            Yours very truly,

            GOLDSTEIN & LAMB, P.C.

            BY
              PATRICK D. LAMB

Enclosures
cc: Larry Sherman
F:\WPWIN\GATE\SHERMAN\PRINCIPLE, JAMIE\LTRDONOHUE5.doc

EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

JAMIE PRINCIPLE,
    **Plaintiff**

vs.

CASE NO.   01 C 7716
JUDGE LEINWEBER

LARRY SHERMAN,
    **Defendant.**

## NOTICE OF MOTION

TO:   Timothy P. Donohue
       Attorney at Law
       29 S. LaSalle Street
       Suite 829
       Chicago, Illinois 60603

**FILED**

MAR 07 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTICE OF MOTION

    On Wednesday, March 12, 2003, at 9:30 A.M. or as soon thereafter as counsel may be heard, we shall appear before Honorable Judge Leinenweber in Room 1946 at the courthouse located at the Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois and shall then and there present the attached Motion to MOTION TO ENLARGE TIME TO FILE MOTION FOR COSTS AND ATTORNEY'S FEES.

_____
**Attorney for Defendant**
**GOLDSTEIN & LAMB, P.C.**
**162 W. HUBBARD**
**CHICAGO, ILLINOIS, 60610**
**(312) 822-1000**
**FIRM NO. 17707**

**DOCKETED**
MAR 17 2003

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this notice and the attached instrument was [X]mailed [X]faxed [ ]delivered to the above named parties at the above described address on _March 7_, 2003.

/s/ _____

1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN ILLINOIS DISTRICT OF ILLINOIS
EASTERN DIVISION

**JAMES PRINCIPLE,**
  **Plaintiff**

VS.

CASE NO. 01 C 7716
JUDGE LEINWEBER

**LARRY SHERMAN,**
  **Defendant.**

FILED

**NOTICE OF FILING**

MAR 0 7 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

TO: TIMOTHY P. DONOHUE
  29 S. LASALLE ST. SUITE 828
  CHICAGO, IL 60602

On March 7, 2003, we have caused to be filed with the UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION the attached REPLY TO PLAINTIFF'S RESPONSE TO MOTION FOR 11(c) SANCTIONS, MOTION TO ENLARGE TIME TO FILE MOTION FOR COSTS AND ATTORNEY'S FEES and 2nd MOTION FOR COSTS TO BE ADDED TO DISMISSAL WITH PREJUDICE & /OR ATTORNEYS FEES.

_____
GOLDSTEIN & LAMB, P.C.
Attorneys for Plaintiff
162 W. Hubbard St.
Chicago, Illinois, 60610
(312) 822-1000
ARDC# 00998052

DOCKETED
MAR 1 7 2003

CERTIFICATE OF SERVICE

The undersigned certifies and states that a copy of this notice and the attached instrument was: (X) mailed at 162 W. Hubbard, Chicago, Illinois 60610 on or before 5:00 p.m. (X) faxed to 312-332-7092 before 5:00 p.m. ( ) Hand Delivered to the above named parties at the above address on _____, 2003.

_____
  /s/